```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Gregorio Guardarramos-Cepeda

    v.                              Civil No. 05-cv-062-PB

Warden, New Hampshire State Prison


**NOTICE OF RULING**

    Re:  Document No. 8, <u>Motion To Reconsider</u>

    Ruling: Accepting at face value that petitioner did not receive the order of May 13, the Clerk is to forward another copy immediately. The June 17th report and recommendation is withdrawn and the May 13th order is to be complied with by August 11, 2005.


Entered by: James R. Muirhead, U.S. Magistrate Judge

Date: July 11, 2005

cc:    Gregorio Guardarramos-Cepeda