UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gregorio Guardarramos-Cepeda</u>

       v.                       05-cv-62-PB

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 2, 2009, no objection having been filed.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.


December  24 , 2009                    _/s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge


cc:    Gregorio Guardarramos-Cepeda, Pro se